1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| TRIPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF ROBERT ARRON MCKISSICK, AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS,<br><br>                               Plaintiffs,<br><br>    vs.<br><br>KIM LAYHEANG & SENG SOCHEATH d.b.a. FAMILY CUTS & BEAUTY SUPPLY; KIM LAYHEANG; SENG SOCHEATH; KARAOKE CENTER; CARRASCO CLARA & PEREZ OLGA d.b.a. MARISCOS MARIO'S RESTAURANT; CARRASCO CLARA; PEREZ OLGA; NUR RABI KAHIN d.b.a. 99 CENTS & MORE; NUR RABI KAHIN; CHAN FAMILY TRUST (03-07-98) (Family Trust); and DOES 1-10, Inclusive,<br><br>                               Defendants. | CASE NO. 06CV1619 WQH (LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CHAN FAMILY TRUST**<br><br>(D.E. # 4) |

HAYES, J:

On January 2, 2007, Plaintiffs and Defendant Chan Family Trust filed a Joint Motion for Dismissal, seeking to dismiss Defendant Chan Family Trust from the above-styled action with prejudice pursuant to Federal Rule of Civil Procedure 41. Having considered the Joint Motion, and having received no objection from any party, the Court hereby GRANTS the Joint Motion for

- 1 -

1  Dismissal.  Defendant Chan Family Trust is dismissed with prejudice.  This action continues with

2  respect to Plaintiffs' Complaint against the remaining Defendants.

3      **IT IS SO ORDERED.**

4  DATED:  January 18, 2007

5                                          **WILLIAM Q. HAYES**
6                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28