# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF ROBERT ARRON MCKISSICK, AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS; ROBERT ARRON MCKISSICK, A MINOR; AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS,<br><br>Plaintiffs,<br>vs.<br>HUGO GARCIA & MARIA LUZ GARCIA dba LUCY'S BAKERY; HUGO GARCIA; MARIA LUZ GARCIA; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO. 06-CV-1619 WQH (LSP)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

HAYES, Judge:

On August 10, 2006, Plaintiffs filed their Complaint in the instant matter. No proof of service has been filed.. Federal Rule of Civil Procedure 4 requires that a summons and complaint be served "within 120 days after the filing of the complaint." Fed. R. Civ. P. 4(m). If a plaintiff fails to serve the summons and complaint within that time limit, the court may dismiss the action without prejudice after notice to the plaintiff. *See id.*

On December 19, 2006, the Court issued an "Order to Show Cause" (D.E. # 3) which stated: This Order constitutes notice to Plaintiff that the Court will dismiss this action without

| | |
|---|---|
| 1 | prejudice on or after ***January 18, 2007***, unless, no later than that date, Plaintiff files (1) a proof of service of summons and complaint; or (2) a declaration under penalty of perjury showing good cause for failure to timely serve Defendants with the summons and complaint. |

(D.E. # 3 (emphasis in original).)  As of the date of this Order, Plaintiff has failed to file either of the required documents.  Therefore, this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED: January 23, 2007

*/s/ William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge